BYRON J. LADD, as Administrator, etc., of NELLIE O. LADD, Deceased, Respondent, v. HERRICK C. WATKINS, Appellant.— Judgment and order affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER KENNETH FOWLOW, Appellant.— Appeal dismissed, with costs, on the ground that the notice of appeal was not served within the time provided by law for taking an appeal after the entry of judgment. We have, however, examined the record and have reached the conclusion that if the appeal were before us regularly, we would affirm the order. All concur.

JACOB KRAMER, as Limited Administrator, etc., of MERRITT J. KRAMER, Respondent, v. ROCHESTER COASTER CORPORATION, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence as to the defendant's negligence, and that the summation of plaintiff's counsel passed beyond the limits of fair comment on the evidence. His excesses might properly have been stopped by greater vigilance on the part of the justice when his attention was called thereto. All concur.

FIRST NATIONAL BANK OF KENMORE, N. Y., Appellant, v. SAMUEL FRANKEL, Respondent, Impleaded with MATTHEW D. YOUNG and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The complaint sets forth an action at law, and no equitable defense or counterclaim is set forth in the answer. (See memorandum in *First Nat. Bank* v. *Frankel* [*ante*, p. 806], handed down herewith.) All concur.

VICTORIA TOMASZEWSKI, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

JOHN L. KLIPFEL, Respondent, v. ROBERT T. MURRAY, Appellant, and NELLIE JARVIS, Defendant. LYDIA KLIPFEL, Respondent v. ROBERT T. MURRAY, Appellant, and NELLIE JARVIS, Defendant. NORMAN F. GRASER, Respondent, v. ROBERT T. MURRAY, Appellant, and NELLIE JARVIS, Defendant. MILDRED GRASER, Respondent, v. ROBERT T. MURRAY, Appellant, and NELLIE JARVIS, Defendant.— Order so far as appealed from reversed on the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur.

CLINTON EDGER, as Sole Administrator, etc., of DELORES EDGER, Deceased, Respondent, v. MALCOM ALLEN, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that the court erred in applying the provisions of subdivision 12 of section 81 of the Vehicle and Traffic Law in the situation involved in this case and in declaring the duty of the defendant in case the defendant had warning that the child might dart in front of the defendant's car. These errors we deem reversible because of the closeness of the question of fact as to defendant's negligence upon the evidence as a whole. All concur, except Thompson, J., who dissents and votes for affirmance.

THELMA B. GARCIA, as Administratrix, etc., of LEON LEWIS GARCIA, Deceased, Respondent, v. WILLIAM BURRIS, Appellant.— Motion to strike affidavit from the record denied. Judgment and order affirmed, with costs. All concur.